

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Lilli M. Heinrich/Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, et al., | § | No. 08-15-00328-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| | § | of El Paso County, Texas |
| Michael V. Calderazzo, Mark Austin, Stanley Hays, Tyler Grossman, Ralph Johnson, et al./Lilli M. Heinrich | § | (TC# 2004-2313) |
| Appellees. | § | |

## **O R D E R**

The Court DENIES the Appellees/Appellants' Motion to Vacate the March 7, 2017 submission and oral argument setting.

Further, the Court on its own motion, and pursuant to Tex.R.App.P. 39.1, finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Therefore, this case will be submitted **without** oral argument on March 7, 2017.

IT IS SO ORDERED this 31st day of January, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.